RECEIVED
DEC 3 0 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

| PROB 22<br>MD/FL 6/13 | | DOCKET NUMBER *(Tran. Court)*<br>8:09CR00067 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | |
| | | DOCKET NUMBER *(Rec. Court)*<br>3:14-00001-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shannon Star Olsen<br>Livingston, Tennessee | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Virginia M. Hernandez Covington | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/19/2013    TO 04/18/2016 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute Oxycodone

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT DISTRICT FOR THE Middle District of Florida

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 25, 2013
Date

_/s/ Virginia M. Hernandez Covington_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/3/14
Effective Date

_/s/ Todd Campbell_
United States District Judge